JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L CARTER, | NO. CV 22-4775-AB (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| CONNIE GIPSON, | |
| Respondent. | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed with prejudice.

DATED:  June 12, 2024

_____
ANDRE BIROTTE JR
United States District Judge